# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                                     )
**RYAN NOAH SHAPIRO**                )
                                                     )
       **Plaintiff**                                )
                                                     )       **Civil Action No. 12-313 (BAH)**
       **v.**                                         )       **(ECF)**
                                                     )
**DEPARTMENT OF JUSTICE**        )
                                                     )
       **Defendant.**                           )
_____)

## MOTION TO ENLARGE TIME TO FILE AN ANSWER OR OTHER
## RESPONSE TO PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), the Department of Justice ("Defendant" or "DOJ"), by and through the undersigned counsel, respectfully requests an enlargement of time until April 27, 2012, to file an answer or other response to the complaint filed by Ryan Noah Shapiro ("Plaintiff").  Defendant has not previously moved for any enlargements in the instant matter.  In support hereof, Defendant states the following good cause:

1.      Defendant's Answer or other response to Plaintiff's Complaint is due March 29, 2012.

2.      Currently pending before this Court are four separate, but related actions filed by the Plaintiff.  Like the instant matter, the actions are captioned *Shapiro v. Dep't of Justice*, but with docket numbers 11-1835 (BAH), 12-0313 (BAH), 12-0315 (BAH), 12-0318 (BAH).

3.      By Minute Order dated March 1, 2012, amending the Court's Standing Order, ECF No. 3, the Court ordered the parties to show cause why all four actions should not be consolidated under the docket number of the first action filed and for Plaintiff to amend his complaint in that action.

4.      Defendant respectfully requests this extension to enable the parties to confer about how best to comply with the Court Order and perhaps file an Amended Complaint that would enable the Defendant to file one answer to the consolidated action.  The consolidation of these actions may affect the Briefing Schedule in the first action filed.

5.      Pursuant to LCvR 7(m), Defendant has conferred with Plaintiff's counsel who consented to the request for the extension of time.

March 26, 2012                          Respectfully submitted,


                                        RONALD C. MACHEN JR, D.C. BAR # 447889
                                        United States Attorney
                                        for the District of Columbia

                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                        Chief, Civil Division

                                        By:____/s/_____
                                        KENNETH ADEBONOJO
                                        Assistant United States Attorney
                                        Judiciary Center Building
                                        555 4th Street, N.W. – Civil Division
                                        Washington, D.C.  20530
                                        (202) 514-7157

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **RYAN NOAH SHAPIRO** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Civil Action No. 12-313 (BAH)** |
| **v.** | ) | **(ECF)** |
| | ) | |
| **DEPARTMENT OF JUSTICE** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____)

## ORDER

**UPON CONSIDERATION** of Defendant's Motion to Enlarge Time to File an Answer

or other response to the complaint filed by Ryan Noah Shapiro ("Plaintiff"), it is hereby

**ORDERED** that Defendant's Motion is hereby granted, and

**ORDERED** that Defendant shall file its Answer or other response to Plaintiff's

Complaint no later than April 27, 2012.

_____                         _____
DATE                             HONORABLE BERYL A. HOWELL, U.S.D.J.

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Jeffrey Louis Light, Esq.
Law Office of Jeffrey Light
1712 Eye Street, NW, Ste. 915
Washington, DC 20006
Telephone: (202) 277-6213
Facsimile:  (202) 223-5316
Email: jeffrey.light@yahoo.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that I caused a copy of the foregoing Defendant's Motion to Enlarge Time to

File Answer or Otherwise Respond to Complaint to be served by first class mail upon Plaintiff's

counsel via ECF.

on this 26th day of March, 2012          ____/s/_____
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney