UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RYAN NOAH SHAPIRO,            )
                              )
          PLAINTIFF           )   Civil Action No. 1:12-cv-313 (BAH)
     vs.                      )
                              )
DEPARTMENT OF JUSTICE,        )
                              )
                              )
          DEFENDANT           )
                              )

### NOTICE OF SUBMISSION OF LIST OF PRIORITIES

PLEASE TAKE NOTICE that this 12th day of July, 2012, counsel for Plaintiff emailed to counsel for Defendant a copy of his list of priorities pursuant to this Court's order of July 11, 2012. Attached to this Notice as an exhibit is a time-stamped receipt showing that the email was sent.

                                        Respectfully Submitted,

                                         /s/ Jeffrey Light_____

                                            Jeffrey L. Light
                                            D.C. Bar #485360
                                            1712 Eye St., NW
                                            Suite 915
                                            Washington, DC 20006
                                            (202)277-6213
                                            Jeffrey.Light@yahoo.com

                                            *Counsel for Plaintiff*

Dated: July 12, 2012

1

## CERTIFICATE OF SERVICE

I hereby certify that this 12th day of July 2012, I served the foregoing **NOTICE OF SUBMISSION OF LIST OF PRIORITIES** via CM/ECF as follows:

Kenneth A. Adebonojo, kenneth.adebonojo@usdoj.gov, Sabrina.Allen@usdoj.gov, cindy.parker@usdoj.gov
*Counsel for Defendant*

      /s/ Jeffrey Light

      Jeffrey L. Light
      D.C. Bar #485360
      1712 Eye St., NW
      Suite 915
      Washington, DC 20006
      (202)277-6213

      *Counsel for Plaintiff*