| | |
|---|---|
| **Subject:** | Plaintiff's list of priorities for Shapiro v. DOJ |
| **From:** | Jeff Light (jeffrey.light@yahoo.com) |
| **To:** | kenneth.adebonojo@usdoj.gov; |
| **Date:** | Thursday, July 12, 2012 9:48 PM |