UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| **RYAN NOAH SHAPIRO** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 12-313 (BAH) |
| v. | ) | (ECF) |
| | ) | |
| **DEPARTMENT OF JUSTICE** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING OF ERRATA TO DEFENDANT'S
MOTION FOR *OPEN AMERICA* STAY, ECF NO. 17**

The Department of Justice ("Defendant") hereby respectfully submits this Notice of Filing of Errata to its Motion for *Open America* Stay, ECF No. 17. As is evident from the corrected version of said motion, attached hereto as Exhibit A, Defendant is filing the errata to correct a few inadvertent typographical errors and cites to the Second Declaration of David M. Hardy. The substance of the motion remains unchanged.

August 3, 2012                            Respectfully submitted,

                                          RONALD C. MACHEN JR, D.C. BAR # 447889
                                          United States Attorney
                                          for the District of Columbia

                                          DANIEL F. VAN HORN, D.C. Bar # 924092
                                          Acting Civil Chief

                                          By:    /s/
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th Street, N.W. – Civil Division
                                          Washington, D.C.  20530
                                          (202) 514-7157

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Notice of Filing of Errata to Defendant's Motion for *Open America* Stay, ECF No. 17, to be served upon Plaintiff's counsel via ECF.

on this 3rd day of August, 2012         /s/
                                        KENNETH ADEBONOJO
                                        Assistant United States Attorney