UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case: 1:12-cv-00313 (BAH) |
| | * |
| DEPARTMENT OF JUSTICE, | * |
| | * |
| Defendant. | * |

**MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR *OPEN AMERICA* STAY**

The Center for Constitutional Rights, the National Security Archive, National Security Counselors, Truthout, and Mark Zaid (collectively "Amici")[1] respectfully move this Court for leave to participate as *amici curiae* in opposition to Defendant's Motion for *Open America* Stay, Dkt. #19-1 (filed Aug. 3, 2012) ("DOJ's Motion"). Plaintiff has consented to the filing of the *amici* brief. Defendant does not consent to the filing of the *amici* brief. A proposed Order is submitted with this Motion.

This case involves the processing of eighty-one Freedom of Information Act ("FOIA") requests for information concerning sixty-four individuals, organizations, incidents, or publications related to animal extremism submitted to the Federal Bureau of Investigation ("FBI"). As of August 2012, FBI had identified approximately 350,000 pages of potentially responsive records and predicted that that number would likely increase. (Mem. P. & A. Supp. Def.'s Mot. Open Am. Stay, Dkt. 19-1, at 1-2 (filed Aug. 3, 2012) [hereinafter DOJ's Mot.].)

---

[1] Other organizations and/or individuals may seek leave to be added to the final brief, should the Court authorize its filing.

However, FBI then argued that it should be allowed to wait until *all* potentially related records had been reviewed to make *any* release (*id.* at 13-14), proposing that it "make a onetime production [in 2019] after it has been able to review all documents for their interrelatedness." (*Id.* at 18-19).

It is this last point that Amici wish to address, because a ruling approving of FBI's position in this regard would have longstanding effects throughout the FOIA community. Amici request leave to participate in this procedural matter solely to alert the Court to the widespread effect that a ruling in FBI's favor would have on a broad swath of the public who request files from government agencies, especially in the law enforcement and national security arenas.

As prolific FOIA requesters and litigators, both on their own behalf and on behalf of clients, Amici have significant experience in this area and extensive knowledge about the issues that can assist the Court in reaching the correct resolution of this matter. Together they make thousands of FOIA requests each year, many of which would be unreasonably delayed for weeks, months, or even years were other agencies to adopt FBI's argument after it was accepted by this Court. Therefore, on behalf of themselves and the FOIA requester community, Amici seek to inform this Court about the implications of FBI's position and the far-reaching practical ramifications of a ruling in FBI's favor on this matter.

Four Amici are non-profit organizations under the relevant state laws and the Internal Revenue Code with long histories of acting in the public interest in FOIA matters, and Mark Zaid is an experienced FOIA litigator with a long history of representing non-profit requesters and members of the news media. Between this fact and the collective experience and knowledge Amici can bring to this matter, the Court should grant this Motion for Leave to File an *Amici curiae* brief.

Defendant's deadline to file its Reply in this matter is 25 March 2013.  Amici therefore request until 13 March 2013 to file their brief, so that they will have a chance to review Plaintiff's Opposition (to be filed 21 February 2013) and coordinate amongst themselves to draft a consolidated brief which does not unnecessarily duplicate any of Plaintiff's arguments.

Date:   February 21, 2013

                                                     Respectfully submitted,

                                                     /s/ Kelly B. McClanahan
                                                     Kelly B. McClanahan, Esq.
                                                     D.C. Bar #984704
                                                     National Security Counselors
                                                     1200 South Courthouse Road
                                                     Suite 124
                                                     Arlington, VA  22204
                                                     301-728-5908
                                                     240-681-2189 fax
                                                     Kel@NationalSecurityLaw.org

                                                     *Counsel for Amici*