UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RYAN NOAH SHAPIRO,                )
                                  )
            PLAINTIFF             )  Civil Action No. 1:12-cv-313 (BAH)
     vs.                          )
                                  )
DEPARTMENT OF JUSTICE,            )
                                  )
            DEFENDANT             )
                                  )
                                  )

### SECOND DECLARATION OF RYAN NOAH SHAPIRO

I, Ryan Noah Shapiro, hereby declare as follows:

1. I am the Plaintiff in the above-captioned case. This is the second declaration I am submitting in this case. I hereby incorporate by reference my first declaration, as if all of the statements had been set forth fully herein.

2. To date, the FBI has made not less than 43 releases of documents to me relating to my project on the FBI and animal rights/animal protection matters. In the course of these releases, the FBI has reviewed and released to me roughly 37, 879 pages of responsive records. Additionally, in the course of these releases, the FBI has reviewed and withheld another roughly 25,278 responsive pages. 15 of these 43 releases included invocations of Exemption 1.

1

3. The majority of these releases directly pertain to the Animal Liberation Front (ALF), the underground animal rights organization the FBI has consistently maintained is the leading criminal and terrorist threat posed by the animal rights movement. 25 of the 43 releases to date directly pertain to the ALF. 29,514 of the released 37,879 pages directly pertain to the ALF. 24,028 of the 25,278 pages withheld directly pertain to the ALF. 9 of the 15 releases invoking Exemption 1 directly pertain to the ALF.

4. Further, the FBI has continued to review and release to me thousands of pages of responsive records even after moving for an Open American stay. Since moving for an Open America stay on 1 August 2012, the FBI has made not less than 5 releases to me. These releases comprise 15,583 pages of released responsive records and 12,656 pages of withheld responsive records. 4 of these 5 releases directly pertain to the ALF and the fifth pertains to an animal rights activist suspected of involvement in the ALF.

5. For just one example, in one of these releases, provided to me by the FBI in October 2012, the FBI reviewed 9178 pages directly pertaining to the ALF and released to me 6098 of those pages. Further, this one release alone contained records explicitly pertaining to not less than two-dozen of the subjects of the present litigation.

6. Additionally, even in animal rights/protection-related requests of mine not resulting in the release of records, the FBI has continued to process these requests to completion even after moving for an Open America Stay. Since moving for an Open

America stay, the FBI has denied not less than 6 of my FOIA requests for records pertaining to animal rights activists by asserting that the Bureau could locate no records responsive to my requests. In 3 other requests of mine completed by the FBI since moving for an Open America stay, the FBI denied my requests for records pertaining to 1) a 2001 FBI Domestic Terrorism Operations Unit (DTOU) report on an animal rights organization, 2) an FBI investigation of animal rights activities, and 3) a 1993 DOJ/FBI/USDA report to Congress on animal rights terrorism, on the basis that the FBI had already released to me the requested records in the course of previous FBI FOIA releases. In yet 2 other requests of mine for records pertaining to two animal rights activists, after moving for an Open America stay the FBI denied my requests under exemption b7A, which relates to ongoing law enforcement proceedings. And in yet another request of mine, this one pertaining to an FBI investigation involving animal rights activists and the United States Surgical corporation (one of the subjects of the present litigation, also see example #7 below), after moving for an Open America stay the FBI denied my request on the basis that the FBI destroyed the responsive records in 1991.

7. Including releases made before and since the FBI moved for an Open America stay, the FBI has released to me records directly pertaining to at least 59 of the 68 FBI-related subjects of the present litigation. This includes records pertaining to 32 of the 42 individuals, 2 of the 3 publications, 11 of the 11 animal rights/protection organizations, 9 of the 9 organizations opposing animal rights/protection organizations, and 3 of the 3 animal rights/protection-related events that are subjects

of the present litigation.

8. For 10 examples, see:

    1) *Last Chance for Animals (LCA).* Over the course of numerous releases involving LCA, the FBI has released to me hundreds of pages pertaining to FBI investigations of the leading animal rights organization LCA for suspected illegal and terrorist activities. These records include but are not limited to details of physical surveillance of LCA protest activities, undercover FBI investigations of LCA, and use of confidential informants to gain information about LCA and its leadership.

    2) *Animal Liberation Front Supporters Group (ALFSG).* Over the course of numerous releases involving the ALFSG, the FBI has released to me dozens of pages directly pertaining to the ALFSG. The ALFSG was a group established to promote aboveground support for the clandestine Animal Liberation Front (ALF), an organization the FBI has consistently maintained is the leading criminal and terrorist threat posed by the animal rights movement.  The released records include but are not limited to records seized by law enforcement in a raid on the ALFSG office, physical surveillance of the ALFSG office and leadership, and FBI investigations of the ALFSG and for its suspected ties to the ALF.

    3) *Linda "Margo" T. Tannenbaum.* Over the course of numerous releases involving Ms. Tannenbaum, the FBI has released to me dozens of pages directly pertaining to

Ms. Tannenbaum. In the 1980s, Ms. Tannenbaum served as spokesperson for both LCA and the ALFSG. The released records include but are not limited to details of a law enforcement raid on Ms. Tannenbaum's house (same as the ALFSG office above), the use of confidential informants to gain information about Ms. Tannenbaum, and Ms. Tannenbaum's suspected involvement in ALF activities.

4) *Jonathan Christopher Mark Paul.* Over the course of multiple releases involving Mr. Paul, the FBI has released to me dozens of pages directly pertaining to Mr. Paul, who is now a convicted former member of the ALF. The released records include details of FBI investigations of Mr. Paul for his suspected involvement in some of the most high profile crimes in the history of the American animal rights movement, including the 1987 arson attack on a laboratory building under construction at the University of California, Davis resulting in millions of dollars or damage.

5) *Animal Defense League (ADL).* Over the course of multiple releases involving the ADL, the FBI has released to me dozens of pages directly pertaining to the ADL, a leading animal rights organization. The released records include but are not limited to details of FBI surveillance of ADL protest activities, FBI investigation of the ADL's relationships with other animal rights organizations, and copies of ADL emails.

6) *Murder of Dr. Hyram Kitchen.* Over the course of multiple releases involving the 4 June 1990 murder of Dr. Hyram Kitchen, Dean of the College of Veterinary Medicine at the University of Tennessee, the FBI has released to me dozens of pages directly

pertaining to FBI investigations of Dr. Kitchen's murder. The murder was erroneously suspected for a time of having have been committed by animal rights activists. These released records include, but are not limited to, records pertaining to FBI and Knox County Sherriff's Office investigations of Dr. Kitchen's murder, including intimate details of the crime, the suspect, and the weapon used, the evolution and progression of the investigation, descriptions of the leading theories of the crime under investigation, information about evidence, leads, and the results of investigation of those leads, details of interviews with witnesses and other sources of information about the case, the successes and shortcomings of the investigation, and ultimately the FBI's completion and termination of its investigation.

7) *United States Surgical Corporation (USSC).* Over the course of multiple releases involving USSC, the FBI has released to me dozens of pages directly pertaining to USSC, a leading manufacturer of surgical staplers and a leading target and opponent of the animal rights movement. These released records include, but are not limited to, records detailing USSC provisions of information to the FBI regarding animal rights activities and organizations, FBI investigations of crimes against USSC allegedly committed by animal rights activists, FBI forensic laboratory reports related to those investigations, and close liaisons between the FBI and USSC on animal rights/protection matters.

8) *National Association for Biomedical Research (NABR).* Over the course of multiple releases involving NARB, the FBI has released to me over a dozen pages

6

directly pertaining to NABR, a leading animal experimentation advocacy organization and opponent of the animal rights movement. These released records include, but are not limited to, records detailing NABR provisions of information to the FBI regarding numerous animal rights activists and activities, close liaisons between the FBI and NABR on animal rights/protection matters, and copies of NABR newsletters.

9) *Fur Information Council of America (FICA).* Over the course of multiple releases involving FICA, the FBI has released to me over a dozen pages directly pertaining to FICA, a leading fur industry advocacy organization and opponent of the animal rights movement. These released records include, but are not limited to, records detailing FICA provisions of information to the FBI regarding animal rights activities and organizations, especially involving the Animal Liberation Front (ALF), as well as close liaisons between the FBI and FICA on animal rights/protection matters.

10) *FBI's March 1-4, 1994 "Animal Liberation Front" Conference.* The FBI has released to me 7 pages of records directly pertaining to the FBI's March 1-4, 1994 "Animal Liberation Front" Conference at the FBI Academy in Quantico, VA. These released records include, but are not limited to, a schedule for the conference including a list of presentations including subject matter of each presentation, times of each presentation, and the FBI field office (or corporate intelligence/security firm) responsibility for each presentation. These records also include, but are not limited to, details of the date and place of the conference, details of transportation to the

conference, details of housing at the conference, details of appropriate dress at the conference, and required substantive preparation for FBI agents in order to participate in the conference.

9. Additionally, on 12 August 2012 (after the DOJ moved for an Open America stay), I emailed FBI Record/Information Dissemination Service (RIDS) Assistant Section Chief, Dennis J. Argall, requesting estimated dates of completion for 15 of my longstanding animal rights/protection-related FOIPA requests not under litigation. Not having heard back from Assistant Section Chief Argall, I emailed him again on 20 August 2012 requesting acknowledgement of my earlier mail and production of the already requested estimated dates of completion. Later that day, Assistant Section Chief Argall acknowledged both my mails and informed me that his office was "developing a response."  Having not yet heard back and it having been a month since my initial request for estimated dates of completion, I again emailed Assistant Section Chief Argall on 12 September 2012. On 19 September 2012, Assistant Section Chief Argall responded via email that his office had now postal mailed me a response to me and I should receive it shortly. Subsequently, in a letter dated 14 September 2012 and signed by FBI Record/Information Dissemination Service Section Chief, David M. Hardy, the FBI provided estimated dates of completion for 12 of my 15 specified requests. For each of these 12 requests, the FBI provided an estimated date of completion of January, 2013. In the letter, Section Chief Hardy also wrote of the 12 requests that, "In regard to the requests above, they are currently being reviewed by analysts. The analysts will confirm that all records are responsive to your request and

apply all appropriate exemptions allowed under FOIA. If any of the files contain sensitive national security information, then those files must undergo a systematic declassification review prior to application of FOIA exemptions." In other words, FBI RIDS Section Chief Hardy informed me my specified animal rights FOIPA requests were being processed in standard fashion and were estimated to be completed by January 2013. In the same letter, Section Chief Hardy also informed me that processing of the remaining 3 of my specified requests had now already been completed. Supplementary paperwork revealed that 2 of these requests (one for an organization opposing the animal rights movement and another for FBI investigation of alleged vandalism committed by animal rights activists) were denied on the basis that the FBI was unable to locate responsive records, and the third request (for records pertaining to Jonathan Camp, Director of Outreach for the vegan advocacy organization Vegan Outreach) was denied on the basis of FOIA exemption b7A (pertaining to ongoing law enforcement investigations).

10. So, whether it be extensive FBI releases of records pertaining to Jonathan Paul, a convicted Animal Liberation Front arsonist, or FBI withholding of records pertaining to Jonathan Camp, a professional leafletter with no criminal record, the FBI appears perfectly capable of reviewing requested records pertaining to animal rights/protection matters and releasing or withholding those records as they are reviewed.

11. The FBI has granted me a blanket waiver of fees for all of my FOIPA requests "pertaining to the animal rights movement."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2013.

                                                      _____/s/ Ryan Shapiro_____