UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN NOAH SHAPIRO**  )  )<br>   Plaintiff  )  )<br>   v.  )<br>  )<br>**DEPARTMENT OF JUSTICE**  )  )<br>   **Defendant.**  )  )  ) | Civil Action No. 12-313 (BAH)<br>(ECF) |

**REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A COMBINED REPLY TO PLAINTIFF'S AND AMICUS' OPPOSITION TO DEFENDANT'S MOTION FOR AN *OPEN AMERICA* STAY**

The Department of Justice ("Defendant"), by and through the undersigned counsel, respectfully submits this Reply to Plaintiff's Opposition to Defendant's timely Motion to Enlarge Time (for three days) to File a Combined Reply to Plaintiff's and Amicus' Opposition to Defendant's Motion for an *Open America* Stay. Although Defendant believes that good cause has been demonstrated, the following is proffered in response to Plaintiff's Opposition.

On August 1, 2012, Defendant filed its *Open America* motion. By consent, Plaintiff had until November 2, 2012, to file his Opposition to said motion. On November 2, 2012, Plaintiff requested and was granted an enlargement of time, again by consent, until January 4, 2013. Again by consent, on January 3, 2012, this Court graciously granted Plaintiff additional time to respond to Defendant's *Open America* motion until January 31, 2013. On February 5, 2013, without Opposition, Plaintiff again sought and was granted additional time to file his Opposition until February 22, 2013. Amicus filed their Opposition on April 2, 2013. Initially, Defendant's Reply was due on May 19, 2013, and Defendant sought one enlargement until May 21, 2013.

Although there were several intervening reasons, the record demonstrates that Plaintiff had more than four months or 120 days since Defendant's *Open America* motion was perfected to file his Opposition to Defendant's motion. Using Plaintiff's counting methodology, he filed his Opposition just shy of seven months after Defendant's *Open America* motion. Furthermore, Plaintiff sought his enlargements by consent. By contrast, Defendant has had less than sixty days, even including the three days sought in the within motion, to respond to both Plaintiff's and Amicus' Opposition to Defendant's *Open America* motion. Clearly, if there has been any delay or lack of diligence, it has not been on Defendant's part. In light of the 120 (or 200+) days that it took Plaintiff to file his Opposition, it appears fair to say that an additional three days will not materially prejudice Plaintiff's rights. Moreover, Defendant does not anticipate that any additional enlargements would be needed or sought.

Thus, Defendant respectfully requests three additional days to respond to Plaintiff's and Amicus' Opposition to Defendant's *Open America* motion and that said Reply be due on May 24, 2013.

May 18, 2013                                    Respectfully submitted,

                                                RONALD C. MACHEN JR, D.C. BAR # 447889
                                                United States Attorney
                                                for the District of Columbia

                                                DANIEL F. VAN HORN, D.C. Bar # 924092
                                                Civil Chief

                                                By:    /s/
                                                KENNETH ADEBONOJO
                                                Assistant United States Attorney
                                                Judiciary Center Building
                                                555 4th Street, N.W. – Civil Division
                                                Washington, D.C.  20530
                                                (202) 514-7157

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Reply to Plaintiff's Opposition to Defendant's Motion to Enlarge Time to be served upon Plaintiff's counsel via ECF.

on this 18th day of May, 2013         /s/
                                       KENNETH ADEBONOJO
                                       Assistant United States Attorney