# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) | Civil Action No. 12-CV-313 (BAH) |

## EIGHTH DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1) I am currently the Section Chief of the Record/Information Dissemination Service ("RIDS"), Records Management Division ("RMD"), located in Winchester, Virginia. I have held this position since August 1, 2002. Prior to my joining the Federal Bureau of Investigation ("FBI"), from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney who has been licensed to practice law in the State of Texas since 1980.

(2) In my official capacity as Section Chief of RIDS, I supervise approximately 218 employees who staff a total of ten (10) FBI Headquarters ("FBIHQ") units and two field operational service center units whose collective mission is to effectively plan, develop, direct, and manage responses to requests for access to FBI records and information pursuant to the

FOIA, as amended by the OPEN Government Act of 2007; the Privacy Act of 1974; Executive Order 13526; Presidential, Attorney General, and FBI policies and procedures; judicial decisions; and Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, information provided to me in my official capacity, and conclusions and determinations reached and made in accordance therewith.

(3)     Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a. Specifically, I am aware of the FBI's handling of the FOIA and Privacy Act requests plaintiff has submitted to the FBI from 2005 to the present, including those requests that are represented by the 81 request numbers identified by plaintiff in his First Amended Complaint. *See* Docket ("Dkt.") No. 13.

(4)     This is my eighth declaration in this case. It supplements and incorporates by reference the information previously provided by me in my first declaration of May 15, 2012, *see* Dkt. No. 9-1, my second declaration of July 31, 2012, *see* Dkt. No. 17-1, my third declaration of May 24, 2013, *see* Dkt. No. 49-1, my fourth declaration of January 23, 2015, *see* Dkt. No. 65-1, my fifth declaration of February 6, 2015, *see* Dkt. No. 68, my sixth declaration of May 8, 2015, *see* Dkt. No. 70, and my seventh declaration of August 6, 2015, *see* Dkt. No. 71. This declaration is submitted in accordance with the Court's Memorandum Opinion and Order of December 8, 2014, and provides an update to the court and plaintiff on the status of the FBI's processing of the requests that are at issue in this case.

(5)     The FBI has completed its processing and final review of all media responsive to the subjects/requests plaintiff identified in "Tier 2" on his list of priorities. The FBI reviewed

fourteen pieces of Tier 2 media and plans to release one piece of media in part to plaintiff no later than November 6, 2015.

(6) The FBI anticipates making its next interim release of paper records pertaining to Tier 3 on or before its next 90-day status to the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of November, 2015.

DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Winchester, Virginia