UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RYAN NOAH SHAPIRO, )
)
PLAINTIFF ) Civil Action No. 1:12-cv-313 (BAH)
vs. )
)
DEPARTMENT OF JUSTICE, )
)
)
DEFENDANT )
)

## JOINT STATUS REPORT

Pursuant to the Court's order of June 23, 2017, the parties are to file a status report on or before June 30, 2017 advising the Court as to "whether the stay in this case should be lifted and, if so, providing a proposed scheduling order to control further proceedings in this matter." The parties have conferred and now file this status report.

The defendant agencies have completed processing, including referrals, and the stay may therefore be lifted. However, the parties believe that it is premature to propose a briefing schedule at this time. Additional time is needed for the parties to confer and attempt to resolve outstanding differences and to determine the most expeditious way to proceed with briefing (e.g., whether and how to employ a sampling approach for the *Vaughn* index.)

The parties therefore propose that they submit a further status report within 60 days (i.e., August 29, 2017) advising the Court on the status of their negotiations and proposing a briefing schedule if necessary.

Respectfully Submitted,

1

   /s/ Jeffrey Light
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com
*Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar# 415793
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

/s/ KENNETH ADEBONOJO
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2562
(202) 252-2599 (facsimile)
kenneth.adebonojo@usdoj.gov