UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>　　　　PLAINTIFF<br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　DEFENDANT | )<br>)<br>)<br>)　Civil Action No. 1:12-cv-313 (BAH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

　　Plaintiff respectfully moves this Court to permit him to exceed the page limit for his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment. Plaintiff is requesting permission to exceed the 45 page limit by 10 pages. The additional pages are necessary due to the size of the representative sample, as well as the number of categories of exemptions that need to be briefed. Defendant has consented to the relief sought in this motion.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey Light

　　　　　　　　　　　　　　　　　　　Jeffrey L. Light
　　　　　　　　　　　　　　　　　　　D.C. Bar #485360
　　　　　　　　　　　　　　　　　　　1712 Eye St., NW
　　　　　　　　　　　　　　　　　　　Suite 915
　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　(202)277-6213
　　　　　　　　　　　　　　　　　　　Jeffrey@LawOfficeOfJeffreyLight.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*