UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN NOAH SHAPIRO**,<br><br>Plaintiff<br><br>v.<br><br>**DEPARTMENT OF JUSTICE**<br><br>Defendant. | Civil Action No. 12-313 (BAH)<br>(ECF) |

**MOTION TO ENLARGE TIME TO FILE DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Department of Justice ("Defendant"), by and through the undersigned counsel, respectfully request this enlargement of time until May 16, 2023, to file Defendant's Motion for Summary Judgment and a corresponding enlargement for the parties' subsequent filings. In support, Defendant states the following:

1. In this Freedom of Information Act, 5 U.S.C. § 552 *et seq.* ("FOIA") action, the D.C. Circuit affirmed almost the entirety of this Court's ruling on Defendant's motion for summary judgment except for one issue. Specifically, the D.C. Circuit concluded that "[t]he FBI's declarations do not explain how the ACS search conducted in this case would have revealed electronic surveillance 'mentions' if Bureau field offices omit those references from ELSUR indices." *Shapiro v. DOJ*, 40 F.4th 609, 614-15 (D.C. Cir. 2022).

2. Defendant's motion for summary judgment is now due. Although the undersigned has a near-final dispositive motion ready and received the FBI's finalized declaration today, the undersigned is constrained to request this relatively short enlargement because the Civil Division has been experiencing an office-wide email and internet connectivity

difficulties.   These difficulties are complicating the undersigned's efforts to finalize the motion and get it reviewed and approved for filing.

3.     In addition, the undersigned is scheduled to be out of the office tomorrow and possibly Thursday due to an unexpected family obligation that requires travel.   In light of the above, Defendant does not make this request lightly or to unduly delay an adjudication of this action.   Defendant does not anticipate that any further enlargement(s) would be needed or sought.

4.     Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff's counsel who graciously consented to this request.   Defendant also respectfully requests that Plaintiff's Motion/Opposition would be due on June 23, 2023, Defendant's Opposition/Reply would be due on July 21, 2023, and Plaintiff's Reply would be due on August 18, 2023.

WHEREFORE, Defendant respectfully requests that the Court grant the requested relief.  A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

May 16, 2023                                              Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
601 D Street, N.W. – Civil Division
Washington, D.C.   20530
Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RYAN NOAH SHAPIRO**<br><br>Plaintiff<br><br>v.<br><br>**DEPARTMENT OF JUSTICE**<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 12-313 (BAH)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>) |

## ORDER

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendant shall file its Motion for Summary Judgment no later than May 19, 2023; Plaintiff's Motion/Opposition would be due on June 23, 2023, Defendant's Opposition/Reply would be due on July 21, 2023, and Plaintiff's Reply would be due on August 18, 2023.

**SO ORDERED**

_____
HON. BERYL A. HOWELL
United States District Judge