UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN NOAH SHAPIRO** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**DEPARTMENT OF JUSTICE** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 12-313 (BAH)<br>(ECF) |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c) and LCvR 7(h), the Department of Justice ("Defendant"), by and through the undersigned counsel, respectfully moves for Summary Judgment on the issue of "mentions," which was remanded from the D.C. Circuit.

In support of this motion, Defendant respectfully directs the Court's attention to the attached Statement of Undisputed Material Facts, Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment, and Declaration of Joseph E. Bender.

May 19, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
601 D Street, N.W. – Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN NOAH SHAPIRO**<br><br>Plaintiff<br><br>v.<br><br>**DEPARTMENT OF JUSTICE**<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 12-313 (BAH)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Plaintiff has failed to raise a genuine issue of material fact and Defendant is entitled to judgment as a matter of law.

**SO ORDERED**

_____
HON. BERYL A. HOWELL
United States District Judge