UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>    PLAINTIFFS<br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>    DEFENDANT | Civil Action No. 1:12-cv-313 (BAH) |

# **PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

1. Admitted, but Plaintiff notes that the D.C. Circuit also suggested that Plaintiff could move to unseal the Clancy declaration, even though it did not technically remand on that issue. *Shapiro v. DOJ*, 40 F.4th 609, 616 (D.C. Cir. 2022).

2. Admitted.

3. Admitted, but Plaintiff notes that some FBI field office ELSUR Indices also contain "mentions" which were not forwarded to FBI HQ after 1969. (Second Hardy Decl. ¶¶ 17-18.)

4. Admitted that the D.C. Circuit made this statement, but Plaintiff disputes the accuracy of this statement. "[N]ot all names of individuals contained in the ELSUR indices can be retrieved through the General Indices of the CRS." (Second Hardy Decl. ¶ 16.) A Central Records System index search will only locate ELSUR material which has been serialized. (Pl. Mot. Discovery [ECF dkt: 102-1] Ex. 3 ¶ 10 n.3; Ex. 4 [ECF dkt: 102-1].) A Central Records System index search also only retrieves records which Special Agent or support personnel determined were pertinent, relevant, or essential for future retrieval, (Second Hardy Decl. ¶ 14) whereas the ELSUR indices identify all targets of surveillance (Pl. Mot. Discovery [ECF dkt: 102-1] Ex. 6).

1

5. Admitted the D.C. Circuit made this statement, but Plaintiff disputes the accuracy of this statement insofar as it suggests an ACS search is equivalent to a search of the ELSUR Indices. *Id.* Plaintiff also notes that in the context of its opinion, the "ELSUR indices" referred to by the D.C. Circuit are the FBI HQ ELSUR indices only.

6. Admitted.

7. Admitted.

8. Disputed. The FBI has further means of searching for ELSUR material related to individuals not indexed in the CRS. (Second Hardy Decl. ¶¶ 17-18; Ex. 1; Ex. 2.) Plaintiff further objects that the FBI's evidence is insufficient to support this purported fact.

                              Respectfully Submitted,

                                /s/ Jeffrey Light

                              Jeffrey L. Light
                              D.C. Bar #485360
                              1629 K St., NW
                              Suite 300
                              Washington, DC 20006
                              (202)277-6213
                              Jeffrey@LawOfficeOfJeffreyLight.com

                              *Counsel for Plaintiff*