UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO, ) <br> ) <br> PLAINTIFFS ) <br> vs. ) <br> ) <br> DEPARTMENT OF JUSTICE, ) <br> ) <br> DEFENDANT ) <br> ) <br> ) | Civil Action No. 1:12-cv-313 (BAH) |

## PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS

1. There exists both an FBIHQ ELSUR Index and local field office ELSUR Indices. (Second Hardy Decl. ¶¶ 17-18.)

2. Some field offices continue to "include the names of individuals mentioned in monitored conversations in their field office ELSUR Indices." (Second Hardy Decl. ¶¶ 17-18.)

3. A search of field office ELSUR Indices can sometimes locate a responsive record that is not located through a search of the FBI HQ ELSUR Indices. (Ex. 1.)

4. After 1969, some field offices continued to make up mention cards for inclusion in their ELSUR index. (Ex. 2.)

5. Mentions are not a category of individual typically considered for indexing in the FBI HQ ELSUR Indices under the FBI's current procedures. (First Bender Decl. ¶ 9.)

6. Mentioned individuals' names would be contained in the FBI HQ ELSUR Indices only if the field office later determined that it had an investigative interest in the individual. (First Bender Decl. ¶ 9.)

Respectfully Submitted,

   /s/ Jeffrey Light

Jeffrey L. Light
D.C. Bar #485360
1629 K St., NW
Suite 300
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*