UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>        PLAINTIFF<br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>        DEFENDANT | )<br>)<br>)  Civil Action No. 1:12-cv-313 (BAH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

On consideration of Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment, it is ORDERED that Defendant's Motion is DENIED. It is further ORDERED that Plaintiff's motion is GRANTED. It is further ORDERED that the FBI shall file a Notice indicating which field offices' ELSUR Indices continued to maintain "mentions" after 1969. It is further ORDERED that the parties shall confer in an attempt to narrow down the list of field offices whose ELSUR Indices will be searched by the FBI.

SO ORDERED.

Dated:

_____
Hon. Beryl A. Howell
U.S. District Judge