UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>           PLAINTIFF<br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>           DEFENDANT | Civil Action No. 1:12-cv-313 (BAH) |

**<u>ORDER</u>**

On consideration of Plaintiff's Motion to Unseal the Declaration of Michael A. Clancy, it is ORDERED that Plaintiff's motion is GRANTED.

SO ORDERED.

Dated:

_____
Hon. Beryl A. Howell
U.S. District Judge

1