UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN NOAH SHAPIRO**,  Plaintiff,  v.  **DEPARTMENT OF JUSTICE**,  Defendant. | Civil Action No. 12-313 (BAH) (ECF) |

### MOTION TO STAY BRIEFING

The Department of Justice ("Defendant"), by and through the undersigned counsel, with Plaintiff's consent, respectfully moves to stay further briefing in this action until November 21, 2023. In support, Defendant states the following:

1. In this Freedom of Information Act, 5 U.S.C. § 552 *et seq.* ("FOIA") action, the D.C. Circuit remanded one issue because "[t]he FBI's declarations do not explain how the ACS search conducted in this case would have revealed electronic surveillance 'mentions' if Bureau field offices omit those references from ELSUR indices." *Shapiro v. DOJ*, 40 F.4th 609, 614-15 (D.C. Cir. 2022).

2. Since the D.C. Circuit's remand, Defendant has again moved for summary judgment, *see* ECF No. 148, and Plaintiff has opposed and filed a motion of his own. *See* ECF Nos. 149-51. In light of the pending motions on the docket, Defendant seeks to reach out to field offices to determine if additional responsive records exist.

3. While Defendant is not aware at this time that any such records exist, it believes

that the effort is worthwhile as it could go a long way to resolving the narrow remaining issue in this action without burdening the Court further.   Defendant further anticipates conferring with Plaintiff during the requested stay period and could file a status report on or about October 20, 2023, if the Court requires.

4.	It is well established that district courts enjoy broad discretion when deciding case management and scheduling matters.  *See In re Vitamins Antitrust Class Actions*, 327 F.3d 1207, 1210 (D.C. Cir. 2003); *McSheffrey v. Exec. Office for the United States Attys*., No. 00-5268, 2001 U.S. App. LEXIS 13898, 2001 WL 674640, at *1 (D.C. Cir. May 4, 2001) (per curiam) (The Court's discretion that extends to determining how and in what order cases should be heard and determined).   Thus, the Court has broad discretion to grant the relief sought herein.

5.	Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff's counsel who graciously consented to this request.

WHEREFORE, Defendant respectfully requests that the Court grant the requested relief. A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

\*     \*     \*

July 21, 2023                                  Respectfully submitted,

                                               MATTHEW M. GRAVES, D.C. Bar #481052
                                               United States Attorney

                                               BRIAN P. HUDAK
                                               Chief, Civil Division

                                               By:      /s/
                                               KENNETH ADEBONOJO
                                               Assistant United States Attorney
                                               Judiciary Center Building
                                               601 D Street, N.W. – Civil Division
                                               Washington, D.C.  20530
                                               Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RYAN NOAH SHAPIRO** | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 12-313 (BAH) (ECF) |
| **DEPARTMENT OF JUSTICE** | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that briefing in this action is hereby stayed until November 21, 2023, and Defendant shall file a status report no later than October 20, 2023.

**SO ORDERED**

_____
HON. BERYL A. HOWELL
United States District Judge