UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RYAN NOAH SHAPIRO** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | Civil Action No. 12-313 (BAH) |
| v. | ) | (ECF) |
| | ) | |
| **DEPARTMENT OF JUSTICE** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION TO STAY BRIEFING

The Department of Justice ("Defendant"), by and through the undersigned counsel, with Plaintiff's consent, respectfully moves to stay further briefing in this action until November 21, 2023. In support, Defendant states the following:

1. In this Freedom of Information Act, 5 U.S.C. § 552 *et seq*. ("FOIA") action, the D.C. Circuit remanded one issue because "[t]he FBI's declarations do not explain how the ACS search conducted in this case would have revealed electronic surveillance 'mentions' if Bureau field offices omit those references from ELSUR indices." *Shapiro v. DOJ*, 40 F.4th 609, 614-15 (D.C. Cir. 2022).

2. Since the D.C. Circuit's remand, Defendant has again moved for summary judgment, *see* ECF No. 148, and Plaintiff has opposed and filed a motion of his own. *See* ECF Nos. 149-51. As indicated in its initial motion for a stay, Defendant had sought to reach out to field offices to determine if additional responsive records exist.

3. The parties have been working cooperatively to facilitate each field office's look

back at historical data to ensure that records that contain "mentions" are captured. Because this process is not frequently occurring, field office staff are better understanding this time-consuming process as it unfolds. Defendant anticipates making faster progress as it becomes more familiar with the process during the period of the requested stay.

4. It is well established that district courts enjoy broad discretion when deciding case management and scheduling matters. *See In re Vitamins Antitrust Class Actions*, 327 F.3d 1207, 1210 (D.C. Cir. 2003); *McSheffrey v. Exec. Office for the United States Attys*., No. 00-5268, 2001 U.S. App. Lexis 13898, 2001 WL 674640, at *1 (D.C. Cir. May 4, 2001) (per curiam) (The Court's discretion that extends to determining how and in what order cases should be heard and determined). Thus, the Court has broad discretion to grant the relief sought herein and Defendant respectfully requests that the Court grant the stay until November 21, 2023.

5. Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff's counsel who graciously consented to this request.

WHEREFORE, Defendant respectfully requests that the Court grant the requested relief. A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

*   *   *

September 25, 2023                    Respectfully submitted,

                                            MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:        /s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
601 D Street, N.W. – Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RYAN NOAH SHAPIRO** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 12-313 (BAH) |
| v. | ) | (ECF) |
| | ) | |
| **DEPARTMENT OF JUSTICE** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that briefing in this action is hereby stayed until November 21, 2023.

**SO ORDERED**

_____
HON. BERYL A. HOWELL
United States District Judge