UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>        PLAINTIFF<br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>        DEFENDANT | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:12-cv-313 (BAH) |

## JOINT STATUS REPORT

This case is currently before the Court on remand from the D.C. Circuit. *See Shapiro v. United States DOJ,* 40 F.4th 609 (D.C. Cir. 2022), *cert. denied*, 2022 WL 17573481 (Dec. 12, 2022). Since the D.C. Circuit's remand, Defendant has again moved for summary judgment [ECF dkt: 148] and Plaintiff has filed an opposition and cross-motion for summary judgment. On September 26, 2023, this Court granted Defendant's Consent Motion to Stay and further ordered the parties to file a joint status report by November 21, 2023 with a proposed schedule to govern further proceedings in this matter. Accordingly, the parties now submit this Joint Status Report.

Since the Court granted the stay of proceedings, the parties have been working cooperatively to facilitate each field office's look back at historical data to ensure that records containing "mentions" are captured. The parties propose that the FBI be permitted additional time to determine whether responsive "mentions" exist and that a further Joint Status Report be filed January 19, 2024.

1

November 20, 2023

        MATTHEW M. GRAVES,
        D.C. Bar #481052
        United States Attorney

        BRIAN P. HUDAK
        Acting Chief, Civil Division

 /s/ Kenneth Adebonojo
   KENNETH ADEBONOJO
   Assistant United States Attorney
   Judiciary Center Building
   601 D Street, N.W. B Civil Division
   Washington, D.C.  20530
   Telephone: (202) 252-2562

   *Counsel for Defendant*


 /s/ Jeffrey Light

   Jeffrey L. Light
   D.C. Bar #485360
   1629 K St., NW
   Suite 300
   Washington, DC 20006
   (202)277-6213
   Jeffrey@LawOfficeOfJeffreyLight.com

   *Counsel for Plaintiff*