UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN NOAH SHAPIRO**   )<br>                                                  )<br>        **Plaintiff**                        )<br>                                                  )<br>        **v.**                                    )<br>                                                  )<br>**DEPARTMENT OF JUSTICE**  )<br>                                                  )<br>        **Defendant.**                  )<br>                                                  ) | Civil Action No. 12-313 (BAH)<br>(ECF) |

## MOTION TO ENLARGE TIME TO FILE THE PARTIES' JOINT STATUS REPORT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Department of Justice ("Defendant"), by and through the undersigned counsel, respectfully requests an enlargement of time until January 24, 2024, to file the parties' Joint Status Report. In support, Defendant states the following:

1. In this Freedom of Information Act, 5 U.S.C. § 552 *et seq*. ("FOIA") action, per the Court Minute Order entered on November 22, 2023, the parties' Joint Status Report is due today.

2. The undersigned is constrained to request this enlargement at Opposing Counsel's request. Opposing Counsel is away from the office on vacation. The parties expect to confer and file their Joint Status Report upon Opposing Counsel's return.

3. Pursuant to LCvR 7(m), the parties conferred and Plaintiff's Counsel consents to this request for an enlargement.

WHEREFORE, Defendant respectfully requests that the Court grant the requested relief. A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

January 19, 2024                                             Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, N.W. – Civil Division
Washington, D.C.   20530
Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN NOAH SHAPIRO**    )<br>                                                )<br>        **Plaintiff**                  )<br>                                                )<br>        **v.**                              )<br>                                                )<br>**DEPARTMENT OF JUSTICE** )<br>                                                )<br>        **Defendant.**              )<br>                                                ) | Civil Action No. 12-313 (BAH)<br>(ECF) |

# ORDER

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that the parties shall file their Joint Status Report no later than January 24, 2024.

**SO ORDERED**

_____
HON. BERYL A. HOWELL
United States District Judge