UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO, )<br>)<br>PLAINTIFF )<br>vs. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>DEFENDANT )<br>)<br>) | Civil Action No. 1:12-cv-313 (BAH) |

### JOINT STATUS REPORT

This case is currently stated pursuant to the Court's order of September 26, 2023. On November 22, 2023, this Court directed the parties to file a Joint Status Report, by January 19, 2024, advising the Court of the status of this matter. This Court subsequently extended the deadline to January 24, 2024 upon motion of the parties. Accordingly, the parties now submit this Joint Status Report.

In their last Joint Status Report, the parties indicated to the Court that they "have been working cooperatively to facilitate each field office's look back at historical data to ensure that records containing 'mentions' are captured." To facilitate the process, Plaintiff agreed to limit which field offices the FBI would search for "mentions" and provided to counsel for Defendant a list of field offices for which he was requesting the FBI conduct a search.

On January 23, 2024, counsel for Defendant emailed Plaintiff, stating that the FBI is currently working on gathering and digitizing the physical ELSUR manual index cards

1

from those field offices. Counsel for Plaintiff responded a little over an hour later, requesting an explanation as to why the FBI needed to digitize the physical ELSUR manual index cards before searching them and also a proposed dates by which the FBI will complete its search for field office ELSUR "mentions." FBI maintains that digitalization is the most efficient approach to enable search for responsive records.

Counsel for Defendant proposes that the Court direct the parties to submit a further Joint Status Report in 30 days shedding light on their discussion about whether there are any viable alternatives to the digital approach.  Plaintiff may then seek intervention by the Court, if necessary.  At this time, a declaration is premature and 14 day is unrealistic given the FBI's myriad of other FOIA obligations.  Counsel for Plaintiff proposes that this Court direct the FBI to file, within 14 days, a declaration setting forth the reasons why it needs to digitize the physical ELSUR manual index cards before searching them and proposing a date by which it expect to complete its search.

January 24, 2024

                                        MATTHEW M. GRAVES,
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

 /s/ Kenneth Adebonojo
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
601 D Street, N.W. B Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562

*Counsel for Defendant*

                                                               /s/ Jeffrey Light

                                                          Jeffrey L. Light
                                                          D.C. Bar #485360
                                                          1629 K St., NW
                                                          Suite 300
                                                          Washington, DC 20006
                                                          (202)277-6213
                                                          Jeffrey@LawOfficeOfJeffreyLight.com

                                                          *Counsel for Plaintiff*