UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>　　　　　　PLAINTIFF<br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　　DEFENDANT | )<br>)<br>) Civil Action No. 1:12-cv-313 (BAH)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Ryan Noah Shapiro ("Plaintiff") and the Department of Justice ("Defendant" or "FBI") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court's March 5, 2024 Minute Order. In response, the parties proffer the follow:

1.　This case is currently before the Court on remand from the D.C. Circuit "for the Bureau to provide a more detailed explanation of its search for electronic surveillance records related to individuals mentioned in but not party to monitored conversations." *See Shapiro v. Dep't of Just.*, 40 F.4th 609 (D.C. Cir. 2022), *cert. denied*, 2022 WL 17573481 (Dec. 12, 2022).

2.　Per the aforementioned Minute Order, in response to the parties' last Joint Status Report, *see* ECF No. 157, the Court directed the parties to file "a joint status report advising the Court on the status of this matter, including as to the parties' discussion regarding plaintiff's requests 'that the FBI make interim releases every thirty days' and 'provide an estimated date for the completion of processing.'"

1

3.       The FBI is able to process and release non-exempt records, if any, every thirty days and in fact has already begun to do so. With regard to a completion date for processing, the FBI is unable to provide such a date at this time because it is still in the process of gathering responsive records and processing them as they come in.

4.       In light of the foregoing ongoing releases, the parties jointly propose to file another Joint Status Report no later than ninety days from today at which time the FBI would be in a much better position to report, not only ongoing processing, but also an anticipated processing completion date.

WHEREFORE, the parties jointly request that the Court permit them to file another Joint Status Report by June 28, 2024, setting forth the status of this case.

March 29, 2024

            MATTHEW M. GRAVES,
            D.C. Bar #481052
            United States Attorney

            BRIAN P. HUDAK
            Chief, Civil Division

            /s/ Kenneth Adebonojo
            KENNETH ADEBONOJO
            Assistant United States Attorney
            Judiciary Center Building
            601 D Street, N.W. B Civil Division
            Washington, D.C.  20530
            Telephone: (202) 252-2562

            *Counsel for Defendant*

        /s/ Jeffrey Light

        Jeffrey L. Light
        D.C. Bar #485360
        1629 K St., NW
        Suite 300
        Washington, DC 20006
        (202)277-6213
        Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*