UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO, )<br>)<br>             PLAINTIFF )<br>vs. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>             DEFENDANT )<br>)<br>) | Civil Action No. 1:12-cv-313 (BAH) |

## JOINT STATUS REPORT

Ryan Noah Shapiro ("Plaintiff") and the Department of Justice ("Defendant" or "FBI") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court April 3, 2024. In response, the parties proffer the follow:

1. This case is currently before the Court on remand from the D.C. Circuit "for the Bureau to provide a more detailed explanation of its search for electronic surveillance records related to individuals mentioned in but not party to monitored conversations." *See Shapiro v. Dep't of Just.*, 40 F.4th 609 (D.C. Cir. 2022), *cert. denied*, 2022 WL 17573481 (Dec. 12, 2022). The records to be searched are in hardcopy form.

2. Per the aforementioned Minute Order, the Court "direct[ed] the parties to file, by June 28, 2024, a joint status report advising the Court of the status of this matter, whether any disputes remain between the parties and, if so, proposing a schedule to govern further proceedings."

1

3. As the FBI has state in the parties' last Joint Status Report, *see* ECF No. 158, the "mentions" search requires the FBI to search records from twenty different offices for approximately 100 variations of subject names and aliases. Since the parties' last Joint Status Report, the FBI has searched almost all the field offices with a handful remaining.

4. Furthermore, during that time, the FBI has made four monthly interim responses to notify Plaintiff that no responsive records had been found. FBI would need until October 28, 2024, to continue to receive the cards from the field offices, process them, and release any responsive non-exempt records/information.

WHEREFORE, the parties jointly request that the Court permit them to file another Joint Status Report by October 28, 2024, setting forth the status of this case given their ongoing Processing. At that time, the parties would be in a better position to advise "whether any disputes remain between the parties and . . . a schedule to govern further proceedings."

June 28, 2024

        MATTHEW M. GRAVES,
        D.C. Bar #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

  /s/ Kenneth Adebonojo
        KENNETH ADEBONOJO
        Assistant United States Attorney
        Judiciary Center Building
        601 D Street, N.W. B Civil Division
        Washington, D.C.  20530
        Telephone: (202) 252-2562

        *Counsel for Defendant*

        /s/ Jeffrey Light

    Jeffrey L. Light
    D.C. Bar #485360
    1629 K St., NW
    Suite 300
    Washington, DC 20006
    (202)277-6213
    Jeffrey@LawOfficeOfJeffreyLight.com

    *Counsel for Plaintiff*