UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>   PLAINTIFF<br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>   DEFENDANT | Civil Action No. 1:12-cv-313 (BAH) |

## JOINT STATUS REPORT

Ryan Noah Shapiro ("Plaintiff") and the Department of Justice ("Defendant" or "FBI") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court's July 1, 2024, Minute Order. In response, the parties proffer the follow:

1. This case is currently before the Court on remand from the D.C. Circuit "for the Bureau to provide a more detailed explanation of its search for electronic surveillance records related to individuals mentioned in but not party to monitored conversations." *See Shapiro v. Dep't of Just.*, 40 F.4th 609 (D.C. Cir. 2022), *cert. denied*, 2022 WL 17573481 (Dec. 12, 2022). The records to be searched are in hardcopy form.

2. Per the aforementioned Minute Order, the Court "direct[ed] the parties to file, by October 28, 2024, a joint status report advising the Court of the status of this matter, whether any disputes remain between the parties and, if so, proposing a schedule to govern further proceedings."

1

3. The FBI's processing and release of records is proceeding as it anticipated and reported. Thus far, the FBI has notified Plaintiff of all the steps that it has taken, the records received, the digitalization process, and the search. To date, no responsive records have been found.

4. The FBI has also advised Plaintiff of the prioritization of upcoming processing of records and anticipates that it will continue its monthly updates. Thus, the parties jointly request that the Court permit them to file another Joint Status Report apprizing the Court of progress being made.

WHEREFORE, the parties jointly request that the Court permit them to file another Joint Status Report by January 28, 2025, setting forth the status of this case given their ongoing Processing. At that time, the parties would be in a better position to advise "whether any disputes remain between the parties and . . . a schedule to govern further proceedings."

October 28, 2024

        MATTHEW M. GRAVES,
        D.C. Bar #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

        /s/ Kenneth Adebonojo
        KENNETH ADEBONOJO
        Assistant United States Attorney
        Judiciary Center Building
        601 D Street, N.W. B Civil Division
        Washington, D.C.  20530
        Telephone: (202) 252-2562

        *Counsel for Defendant*

                                     /s/ Jeffrey Light

                                     Jeffrey L. Light
                                     D.C. Bar #485360
                                     1629 K St., NW
                                     Suite 300
                                     Washington, DC 20006
                                     (202)277-6213
                                     Jeffrey@LawOfficeOfJeffreyLight.com

                                     *Counsel for Plaintiff*