UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>        PLAINTIFF<br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>        DEFENDANT | Civil Action No. 1:12-cv-313 (BAH) |

## JOINT STATUS REPORT

Ryan Noah Shapiro ("Plaintiff") and the Department of Justice ("Defendant" or "FBI") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

The parties have agreed that the FBI will pause its search for a period of 30 days. During that time, the parties will confer in an attempt to resolve the case without further litigation. If the parties are not able to reach an agreement during that time period, the FBI will resume its search for responsive records and Plaintiff will propose a briefing schedule on the issue of attorney fees and costs. The parties respectfully request that they submit a further status report on March 14, 2025.

January 28, 2025

                                        EDWARD R. MARTIN, JR.
                                        United States Attorney

                                        BRIAN P. HUDAK
                                        Chief, Civil Division

  /s/ Kenneth Adebonojo
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
601 D Street, N.W. B Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562

*Counsel for Defendant*


  /s/ Jeffrey Light

Jeffrey L. Light
D.C. Bar #485360
1629 K St., NW
Suite 300
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*