UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>   PLAINTIFF<br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>   DEFENDANT | Civil Action No. 1:12-cv-313 (BAH) |

**JOINT STATUS REPORT**

Ryan Noah Shapiro ("Plaintiff") and the Department of Justice ("Defendant" or "FBI") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

1. In their last Joint Status Report, *see* ECF No. 161, the parties had agreed that the FBI will pause further searching while the parties attempt to resolve the remainder of the merits of this litigation. The parties are pleased to report to the Court that they have reached an agreement that the merits portion of this litigation is now resolved.

2. The parties have moved on to the final phase of this litigation with Plaintiff's counsel submitting a fee demand. Defendant is currently evaluating Plaintiff's fee demand, and the parties have agreed to the fees briefing schedule proposed below should be parties be unable to resolve their differences without the Court's intervention.

3. If the parties are unable to reach an agreement as to fees, they jointly propose the following briefing schedule:

\* Plaintiff's fee petition shall be due no later than April 30, 2025;

\* Defendant's Opposition shall be due no later than May 30, 2025;

\* Plaintiff's Reply shall be due no later than June 20, 2025.

4. If the parties are able to resolve the fee dispute on their own resulting in a fees settlement agreement, they anticipate that they would be filing a stipulation of dismissal in lieu of briefing.

March 14, 2025

        EDWARD R. MARTIN, JR.
        Interim United States Attorney

        /s/ Kenneth Adebonojo
        KENNETH ADEBONOJO
        Assistant United States Attorney
        Judiciary Center Building
        601 D Street, N.W. B Civil Division
        Washington, D.C. 20530
        Telephone: (202) 252-2562

        *Counsel for Defendant*

        /s/ Jeffrey Light

        Jeffrey L. Light
        D.C. Bar #485360
        1629 K St., NW
        Suite 300
        Washington, DC 20006
        (202)277-6213
        Jeffrey@LawOfficeOfJeffreyLight.com

        *Counsel for Plaintiff*