UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO, <br><br> PLAINTIFF <br> vs. <br><br> DEPARTMENT OF JUSTICE, <br><br> DEFENDANT | Civil Action No. 1:12-cv-313 (BAH) |

**FOURTH DECLARATION OF RYAN NOAH SHAPIRO**

I, Ryan Noah Shapiro, hereby declare as follows:

1. I am the Plaintiff in the above-captioned case. This is the fourth declaration I am submitting in this case.

2. At the time I filed the FOIA requests at issue in this case, I was a doctoral candidate in good standing at the Massachusetts Institute of Technology (MIT).

3. In 2018, I completed my dissertation, *Bodies at War: National Security in American Controversies Over Animal & Human Experimentation from WWI to the War on Terror*. I was subsequently awarded a Doctor of Philosophy degree by MIT.

4. In my dissertation, I heavily utilized the documents I obtained through the FOIA requests at issue in this litigation. The documents were especially useful in the chapters of the dissertation dealing with the modern animal rights movement (pp 402-591).

5. My dissertation is available online. I do not currently and have never received any financial compensation in connection with the publication of my dissertation online. I do not earn any money when individuals access my dissertation online. This lack of financial compensation is in line with my expectations at the time I filed and litigated the FOIA requests at issue in this case.

6. I have shared and continue to share the documents I obtained through my FOIA requests at issue in this case without any financial compensation to numerous journalists and scholars.

7. For example, the documents I obtained through FOIA as a result of this lawsuit, as well as my analysis of the documents, formed the basis of three-time Pulitzer Prize-winning *New York Times* journalist and editor Matt Apuzzo's 13 April 2016 article in *The New York Times*, "F.B.I. Used Hacking Software Decade Before iPhone Fight."[1] I received no financial compensation for providing the documents or my analysis of the documents in connection with this article.

8. Within the past month alone, I have shared the documents I obtained through the FOIA requests at issue in this case and related analysis with Colin Moynihan of *The New York Times*/*New York Magazine* and Dell Cameron of *WIRED* for articles presently in development at *New York Magazine* and *WIRED*. I have not received any financially compensation for sharing the documents and my analysis with these reporters.

---

[1] Matt Apuzzo, "F.B.I. Used Hacking Software Decade Before iPhone Fight," *The New York Times* (13 April 2016). https://www.nytimes.com/2016/04/14/technology/fbi-tried-to-defeat-encryption-10-years-ago-files-show.html

9. I also utilized the documents I obtained through the FOIA requests at issue in this case in my two talks at the Animal Rights 2016 National Conference. On 8 July 2016, I presented the two lectures, "Green is the Old Red" and "Architects of the Anti-SHAC Campaign" at the Animal Rights 2016 National Conference at the Sheraton Gateway Los Angeles, 6101 W Century Blvd, Los Angeles, CA 90045. I did not receive any financial compensation for presenting these lectures.

10. I also utilized documents from the FOIA requests at issue in this case in my 24 October 2017 lecture for Google's Security & Privacy Lecture Series titled, "Failure by Design: An Introduction to the Architecture of the FBI's Intentionally Deficient FOIA Search Protocols" at Google Headquarters, 1900 Charleston Rd. Mountain View, CA 94043.

11. In 2017, I founded the 501(c)(3) nonprofit organization Property of the People, Inc. I am currently the Executive Director of Property of the People. I have made available for free to the public, through Property of the People, many of the documents I obtained through the FOIA requests at issue here:

- https://propertyofthepeople.org/document-detail?doc-id=4420053
- https://propertyofthepeople.org/document-detail?doc-id=4420047
- https://propertyofthepeople.org/document-detail?doc-id=4420044
- https://propertyofthepeople.org/document-detail?doc-id=4420041
- https://propertyofthepeople.org/document-detail?doc-id=4420034

12. Neither I, nor Property of the People, obtains any financial compensation when individuals access these records on Property of the People's website.

13. To summarize, I submitted the FOIA requests at issue in this case as part of my scholarly research and to make available to the public my analysis of the documents. My interest in the documents I requested was not commercial and I did not expect to obtain any financial compensation for making the documents and my analysis of the documents available to the public through my dissertation or news articles.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2025.

_____

Ryan Noah Shapiro