# *Jeffrey Light*

**Shapiro v. DOJ, 12-cv-313 (BAH)**

| Date | Task | Comment | Hours |
|------|------|---------|-------|
| 4/11/2025 | Research | Review recent cases on FOIA fee petitions and cases involved compelled searches where no additional records were located | 3.2 |
| 4/16/2025 | Research | research and outlining eligibility for fees | 3.5 |
| 4/17/2025 | Research | Research and outlining eligibility section | 2.1 |
| 4/18/2025 | Preparation of Legal Documents | Fee petition (write eligibility section) | 4.3 |
| 4/22/2025 | Preparation of Legal Documents | Fee petition: writing section on reasonableness of agency conduct pre-litigation, delay in litigation, and Open America | 5.9 |
| 4/23/2025 | Preparation of Legal Documents | Fee petition: Continue writing section on reasonableness of government's conduct | 5.5 |
| 4/24/2025 | Preparation of Legal Documents | Fee petition: researching and writing section on balancing of entitlement factors and section on factors 2 and 3 | 8.2 |
| 4/25/2025 | Preparation of Legal Documents | Fee petition: Research and writing on public interest section | 8.0 |
| 4/26/2025 | Preparation of Legal Documents | Fee petition: number of hours, rate, adjustment, costs; declaration supporting fee petition | 7.3 |
| 4/28/2025 | Preparation of Legal Documents | Fee petition: research and writing fees on fees section | 2.5 |
| 4/29/2025 | Preparation of Legal Documents | Fee petition: additional research and writing for "Amount of Fees" section; add intro and cite/quote standards for fee petition; revisions to my declaration | 4.3 |
| 4/30/2025 | Preparation of Legal Documents | Fee petition: Editing/proofreading; assisting client with preparing his declaration; prepare table of contents/authorities, proposed order | 9.5 |
| | | | 64.3 |