UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>          PLAINTIFF<br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>          DEFENDANT | Civil Action No. 1:12-cv-313 (BAH) |

## **ORDER**

On consideration of Plaintiff's Motion for Attorney Fees and Costs, it is hereby

ORDERED that Plaintiff's Motion is GRANTED. It is further

ORDERED that Plaintiff is awarded costs of $1,400 and fees of $679,898.50, in addition to the fees requested in his Reply brief.

SO ORDERED.

Dated:

                                                               Hon. Beryl A. Howell
                                                               U.S. District Judge