# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RYAN NOAH SHAPIRO**, <br><br> Plaintiff <br><br> v. <br><br> **DEPARTMENT OF JUSTICE** <br><br> Defendant. | Civil Action No. 12-313 (BAH) <br> (ECF) |

## MOTION TO ENLARGE TIME TO OPPOSE PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Department of Justice ("Defendant"), by and through the undersigned counsel, respectfully moves for an enlargement of time to oppose Plaintiff's Motion for Attorney Fees and Costs until June 30, 2025. In support, Defendant states the following:

1. In this Freedom of Information Act, 5 U.S.C. § 552 *et seq*. ("FOIA") action, all issues are resolved except for the issue of attorney fees. Accordingly, Plaintiff has filed his motion, *see* ECF No. 163, and Defendant's opposition is due on Friday. This is Defendant's first motion to enlarge this deadline.

2. The undersigned is constrained to request this enlargement to enable Defendant to evaluate Plaintiff's counsel's fee even more closely and with an intention of exploring an amicable resolution further, if possible. In addition, the undersigned has been inundated with a constant stream of new case assignment as well as cases being reassigned from former and departing colleagues.

3.      Defendant does not seek this enlargement lightly or unduly delay an adjudication of Plaintiff's pending motion. Defendant believes that this requested enlargement is in the best interest of this litigation.

4.      Pursuant to LCvR 7(m), the parties conferred, and Plaintiff's Counsel graciously consents to this request for an enlargement. The due date of Plaintiff's reply would be adjusted accordingly and consistent with the parties' initial proposal.

WHEREFORE, Defendant respectfully requests that the Court grant the requested relief. A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

May 28, 2025                                  Respectfully submitted,

JEANNINE FERRIS PIRRO
United States Attorney

By:     /s/
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, N.W. – Civil Division
Washington, D.C. 20530
Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN NOAH SHAPIRO** ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 12-313 (BAH) |
| v. ) | (ECF) |
| ) | |
| **DEPARTMENT OF JUSTICE** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's consent motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendant's Opposition to Plaintiff's Motion for Attorney Fees and Costs is due no later than June 30, 2025;

**FURTHER ORDERED**, that Plaintiff's Reply is due no later than July 21, 2025.

**SO ORDERED**

_____
HON. BERYL A. HOWELL
United States District Judge