## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RYAN NOAH SHAPIRO** | ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 12-313 (BAH) |
| v. | ) ) | (ECF) |
| **DEPARTMENT OF JUSTICE** | ) ) ) | |
| Defendant. | ) ) | |

### MOTION TO ENLARGE TIME TO OPPOSE PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Department of Justice ("Defendant"), by and through the undersigned counsel, respectfully moves for an enlargement of time to oppose Plaintiff's Motion for Attorney Fees and Costs until July 23, 2025. In support, Defendant states the following:

1. In this Freedom of Information Act, 5 U.S.C. § 552 *et seq*. ("FOIA") action, all issues are resolved except for the issue of attorney fees. Accordingly, Plaintiff has filed his motion, *see* ECF No. 163, and Defendant's opposition is due next Monday. This is Defendant's second motion to enlarge this deadline.

2. Since Defendant's first enlargement, the parties have engaged in some productive dialogues toward a possible amicable resolution of Plaintiff's fee petition. While the parties still remain a bit far apart, the undersigned believes that good faith negotiations are still ongoing, nevertheless. Specifically, the undersigned and Agency Counsel continue their discussions and assessment of Plaintiff's fee demand while seeking their respective supervisors' inputs. Defendant remains optimistic that mutually agreed amicable resolution is a potential outcome.

3.      Defendant does not seek this enlargement lightly or unduly delay an adjudication of Plaintiff's pending motion. Defendant believes that this requested enlargement is in the best interest of this litigation.

4.      Pursuant to LCvR 7(m), the parties conferred, and Plaintiff's Counsel graciously consents to this request for an enlargement. The due date of Plaintiff's reply would be adjusted accordingly and consistent with the parties' initial proposal.

WHEREFORE, Defendant respectfully requests that the Court grant the requested relief. A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

June 27, 2025                                          Respectfully submitted,


                                                       JEANNINE FERRIS PIRRO
                                                       United States Attorney

                                                       By:      /s/
                                                       KENNETH ADEBONOJO
                                                       Assistant United States Attorney
                                                       601 D Street, N.W. – Civil Division
                                                       Washington, D.C.  20530
                                                       Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN NOAH SHAPIRO**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF JUSTICE**, )<br>)<br>Defendant. )<br>) | Civil Action No. 12-313 (BAH)<br>(ECF) |

**ORDER**

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's consent motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendant's Opposition to Plaintiff's Motion for Attorney Fees and Costs is due no later than July 23, 2025;

**FURTHER ORDERED**, that Plaintiff's Reply is due no later than August 15, 2025.

**SO ORDERED**

_____
HON. BERYL A. HOWELL
United States District Judge