UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN NOAH SHAPIRO**, <br><br> Plaintiff, <br><br> v. <br><br> **DEPARTMENT OF JUSTICE**, <br><br> Defendant. | Civil Action No. 12-313 (BAH) <br> (ECF) |

**MOTION TO ENLARGE TIME TO OPPOSE PLAINTIFF'S
MOTION FOR ATTORNEY FEES AND COSTS**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Department of Justice ("Defendant"), by and through the undersigned counsel, respectfully moves for an enlargement of time to oppose Plaintiff's Motion for Attorney Fees and Costs until August 22, 2025. In support, Defendant states the following:

1. In this Freedom of Information Act, 5 U.S.C. § 552 *et seq*. ("FOIA") action, all issues are resolved except for the issue of attorney fees. Accordingly, Plaintiff has filed his motion, *see* ECF No. 163, and Defendant's opposition is due tomorrow. This is Defendant's third motion to enlarge this deadline.

2. Since Defendant's second request for an enlargement, the parties have continued to have productive dialogues so much so that, subject to obtaining the requisite approvals within the Department of Justice and the execution of an acceptable written settlement agreement, it appears that the parties have an agreement in principle.

3. Thus, this enlargement is in the interest of this litigation because it affords the parties needed additional time to get the necessary final approvals for their preliminary agreement.

4.  Defendant does not seek this enlargement lightly or unduly delay an adjudication of Plaintiff's pending motion.

5.  Pursuant to LCvR 7(m), the parties conferred, and Plaintiff's Counsel graciously consents to this request for an enlargement. The due date of Plaintiff's reply would be adjusted accordingly and consistent with the parties' initial proposal.

WHEREFORE, Defendant respectfully requests that the Court grant the requested relief. A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

July 22, 2025                                          Respectfully submitted,

                                                       JEANNINE FERRIS PIRRO
                                                       United States Attorney

                                                       By:      /s/
                                                       KENNETH ADEBONOJO
                                                       Assistant United States Attorney
                                                       601 D Street, N.W. – Civil Division
                                                       Washington, D.C.  20530
                                                       Telephone: (202) 252-2562

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RYAN NOAH SHAPIRO** | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 12-313 (BAH) |
| v. | ) | (ECF) |
| **DEPARTMENT OF JUSTICE** | ) | |
| Defendant. | ) | |

## ORDER

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's consent motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendant's Opposition to Plaintiff's Motion for Attorney Fees and Costs is due no later than August 22, 2025;

**FURTHER ORDERED**, that Plaintiff's Reply is due no later than September 15, 2025.

**SO ORDERED**

_____
HON. BERYL A. HOWELL
United States District Judge