UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE )<br>)<br>Defendant. )<br>) | Civil Action No. 12-313 (BAH)<br>(ECF) |

**MOTION TO ENLARGE TIME TO OPPOSE PLAINTIFF'S
MOTION FOR ATTORNEY FEES AND COSTS**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Department of Justice ("Defendant"), by and through the undersigned counsel, respectfully moves for an enlargement of time to oppose Plaintiff's Motion for Attorney Fees and Costs until September 8, 2025. In support, Defendant states the following:

1. In this Freedom of Information Act, 5 U.S.C. § 552 *et seq*. ("FOIA") action, all issues are resolved except for the issue of attorney fees. Accordingly, Plaintiff has filed his motion, *see* ECF No. 163, and Defendant's opposition is now due. The undersigned is mindful that the Court had stated that further enlargements would be "disfavored." Final resolution of this long-running litigation is, however, imminent.

2. Since Defendant's last enlargement, the undersigned has shared a copy of the proposed settlement agreement and Plaintiff's counsel has objected to a sentence in one paragraph. The undersigned is not authorized to unilaterally agree to Plaintiff's counsel's request. Only the Civil Division's chief can make that call and the issue has already been presented to him albeit quite late today. Thus, the undersigned's hopes of getting this case resolved today were dashed.

3. This relatively brief requested enlargement is the parties' preferred path because it enables them potentially to reach a favorable and amicable resolution of the fees issue in this litigation. If developments unfold as expected, Defendant anticipates that the parties will be filing a stipulation of dismissal before the requested deadline. Thus, the requested enlargement is in the interest of this litigation.

4. Pursuant to LCvR 7(m), the parties conferred, and Plaintiff's Counsel graciously consents to this request for an enlargement. The due date of Plaintiff's reply would be adjusted accordingly and consistent with the parties' initial proposal.

WHEREFORE, Defendant respectfully requests that the Court grant the requested relief. A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

September 3, 2025                                   Respectfully submitted,

                                                    JEANNINE FERRIS PIRRO
                                                    United States Attorney

                                                    By:      /s/
                                                    KENNETH ADEBONOJO
                                                    Assistant United States Attorney
                                                    601 D Street, N.W. – Civil Division
                                                    Washington, D.C.  20530
                                                    Telephone: (202) 252-2562

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **RYAN NOAH SHAPIRO**<br><br>Plaintiff<br><br>v.<br><br>**DEPARTMENT OF JUSTICE**<br><br>Defendant. | )<br>)<br>)<br>)<br>)   **Civil Action No. 12-313 (BAH)**<br>)   **(ECF)**<br>)<br>)<br>)<br>)<br>) |

# **ORDER**

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's consent motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendant's Opposition to Plaintiff's Motion for Attorney Fees and Costs is due no later than September 8, 2025;

**FURTHER ORDERED**, that Plaintiff's Reply is due no later than September 29, 2025.

**SO ORDERED**

_____
HON. BERYL A. HOWELL
United States District Judge