UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN NOAH SHAPIRO**,  Plaintiff,  v.  **DEPARTMENT OF JUSTICE**,  Defendant. | Civil Action No. 12-313 (BAH) (ECF) |

**MOTION TO ENLARGE TIME TO OPPOSE PLAINTIFF'S
MOTION FOR ATTORNEY FEES AND COSTS**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Department of Justice ("Defendant"), by and through the undersigned counsel, respectfully moves for an enlargement of time to oppose Plaintiff's Motion for Attorney Fees and Costs until September 10, 2025. In support, Defendant states the following:

1. In this Freedom of Information Act, 5 U.S.C. § 552 *et seq*. ("FOIA") action, all issues are resolved except for the issue of attorney fees. Accordingly, Plaintiff has filed his motion, *see* ECF No. 163, and Defendant's opposition is now due. The undersigned is mindful that the Court had stated that further enlargements would be "disfavored." Final resolution of this long-running litigation is, however, imminent.

2. The undersigned is constrained to file this very late motion for a two-day enlargement. Earlier today, the undersigned corresponded with the Civil Chief and believed he would secure the required decision by the end of the day. The undersigned understands, however, there are many demands on his time.

3.      The undersigned continues to believe that final resolution of this action is imminent as the Agency has already signed off on the resolution, leaving only this office's signoff. The undersigned will continue to keep the issue on the Civil Chief's radar and anticipates a decision by tomorrow, but is requesting an additional date out of an abundance of caution.

4.      Pursuant to LCvR 7(m), the undersigned attempted to confer with Plaintiff's Counsel in the parties' customary manner, *i.e.*, via email. The undersigned has not received a response mostly because his attempt came after business hours and Plaintiff's counsel may not have had a chance to consider the request. Given the parties' discussion recently though, the undersigned believes that Plaintiff's counsel would consent to this request.

WHEREFORE, Defendant respectfully requests that the Court grant the requested relief. A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

September 8, 2025                                                  Respectfully submitted,

                                                                                    JEANNINE FERRIS PIRRO
                                                                                    United States Attorney

                                                                                    By:_____/s/_____
                                                                                    KENNETH ADEBONOJO
                                                                                    Assistant United States Attorney
                                                                                    601 D Street, N.W. – Civil Division
                                                                                    Washington, D.C. 20530
                                                                                    Telephone: (202) 252-2562

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RYAN NOAH SHAPIRO** | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 12-313 (BAH) |
| v. | ) | (ECF) |
| **DEPARTMENT OF JUSTICE** | ) | |
| Defendant. | ) | |

## ORDER

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's consent motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendant's Opposition to Plaintiff's Motion for Attorney Fees and Costs is due no later than September 10, 2025;

**FURTHER ORDERED**, that Plaintiff's Reply is due no later than October 2, 2025.

**SO ORDERED**

_____
HON. BERYL A. HOWELL
United States District Judge