UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO,          )<br>                             )<br>       Plaintiff,           )<br>                             )<br>       v.                    )<br>                             )<br> DEPTMENT OF JUSTICE,        )<br>                             )<br>       Defendant.            )<br>                             )<br>                             ) | Civil Action No. 12-0313 (BAH) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: September 10, 2025
       Washington, DC

Respectfully submitted,

|  |  |
|---|---|
|  | JEANINE FERRIS PIRRO<br>United States Attorney |
| *Jeffrey Light*<br>Jeffrey Light<br>Law Office of Jeffrey L. Light<br>1629 K St., NW<br>Suite 300<br>Washington, DC 20006<br>202-277-6213 | By: _____*Kenneth Adebonojo*_____<br>     KENNETH ADEBONOJO<br>     Assistant United States Attorney<br>     601 D Street, N.W.<br>     Washington, D.C. 20530<br>     (202) 252-7123 |
| *Attorney for Plaintiff* | *Attorneys for the United States of America* |